### 15998.   WELLS *v.* THE STATE.

LUKE, J.   The evidence amply authorized the conviction, and the verdict has the approval of the trial judge. The special grounds of the motion for a new trial, in the light of the entire record, are without merit. The court properly overruled the motion for a new trial.

　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

　　　　　　DECIDED JANUARY 13, 1925.

Conviction of larceny of automobile; from Seminole superior court—Judge Custer presiding.   October 21, 1924.

*Jesse A. Drake, Chester A. Drake,* and *J. E. Drake,* for plaintiff in error. .

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.

---

### 15999.   GEORGE, marshal, *et al.,* for use, *v.* WALKER BROTHERS CO.

BLOODWORTH, J.   The judge of the superior court committed no error in overruling the certiorari.

　　*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

　　　　　　DECIDED JANUARY 13, 1925.

Certiorari; from Fulton superior court—Judge Bell.   October 20, 1924.

*R. R. Jackson, T. L. Lanford,* for plaintiffs.

*D. K. Johnston,* for defendant.'